IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VIJI NAIDU                        :        CIVIL ACTION
                                :
      v.                     :
                                  :
TEVA PHARMACEUTICALS     :
USA, INC.                    :        NO. 16-4747

<u>O R D E R</u>

AND NOW, this 15th day of June, 2017, upon consideration of Teva Pharmaceuticals

USA, Inc.'s Motion for Summary Judgment, docketed in this action as Document No. 19, and

the response thereto, as well as movant's reply, it is hereby ORDERED that the Motion for

Summary Judgment is DENIED.

BY THE COURT:

/s/ Jacob P. Hart

_____

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE