IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VIJI NAIDU | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEVA PHARMACEUTICALS | : | NO.  16-4747 |
| USA, INC. | : | |

## ORDER OF JUDGMENT

AND NOW, this    13th    day of July, 2017, following a jury verdict, I HEREBY ENTER JUDGMENT in the above-captioned case in favor of the Defendant, TEVA PHARMACEUTICALS USA, INC., and against the Plaintiff, VIJI NAIDU.

BY THE COURT

/s/Jacob P. Hart
_____
JACOB P. HART